Robert M. Holley
Attorney at Law
State Bar No. 50769
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 443-2213

Counsel for WILLIAM LAVY


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRS 2:10-CR-0420 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING |
| | ) | STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| WILLIAM LAVY, | ) | |
| | ) | |
| Defendant. | ) | |
| ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ) | |


## REASONS FOR REQUEST

Both parties, the government and the defense, are actively in the process of negotiating a disposition in this matter.  Both parties need more time to determine the existence of particular evidentiary matters which would effect these negotiations.  The defense is still in the process of review of the recordings etc. provided by the government. For a meaningful status conference, the parties need additional time beyond the presently scheduled date of January 4, 2011 at 9:30 a.m.

The request is hereby made that the status conference be continued to February 8, 2011 at 9:30 a.m. without the necessity of a personal appearance to effectuate this continuance.

## STIPULATION

For the reasons set forth above, it is hereby stipulated by and between the parties hereto through their respective counsel that the date for status conference in this case be continued from Tuesday, January 4, 2011 at 9:30 a.m. to **Tuesday, February 8, 2011 at 9:30 a.m.**

The parties further stipulate that all time included in this continuance be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through February 8, 2011, on the ground that the case is unusual and complex within the meaning of the Speedy Trial Act, for defense preparation, and gathering of evidentiary material which may effect a possible plea negotiation herein, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii) and (iv)(Local Codes T2 and T4).


**Dated: December 22, 2010**


**/s/ *Mr. Michael D. Anderson, Esq.* (by RMH)**
**Assistant United States Attorney**
**Counsel the United States**


**/s/ *Mr. Robert M. Holley, Esq.***
**MR. ROBERT M. HOLLEY, Esq.**
**Counsel for Mr. Lavy**

1

<u>ORDER</u>

2

_____**GOOD CAUSE APPEARING,** the above calendaring change with respect to

3

the defendant's scheduled status conference, with the stipulated

4

provisions for exclusion of time under the Federal Speedy

5

Trial Act **IS SO ORDERED.**

6

7

**Dated: December 22, 2010**

8

9

                              /s/ John A. Mendez
                              _____
10                            **THE HONORABLE JOHN A. MENDEZ**
                              **United States District Judge**
11                            **for the Eastern District of California**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28