```
1   Robert M. Holley
    Attorney at Law
2   State Bar No. 50769
    331 J Street, Suite 200
3   Sacramento, California 95814
    Telephone:  (916) 443-2213
4
    Counsel for WILLIAM LAVY
5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRS 2:10-CR-0420 JAM |
| ) Plaintiff, ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| WILLIAM LAVY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**REASONS FOR REQUEST**

Both parties, the government and the defense, are actively in the process of negotiating a disposition in this matter. Both parties need more time to determine the existence of particular evidentiary matters which would effect these negotiations. The investigation is continuing. For a meaningful status conference, the parties need additional time beyond the presently scheduled date of February 11, 2011 at 9:30 a.m.

The request is hereby made that the status conference be continued to **Tuesday, March 15, 2011 at 9:30 a.m.** without the necessity of a personal appearance to effectuate this continuance.

1  **STIPULATION**

2  For the reasons set forth above, it is hereby stipulated by and
3  between the parties hereto through their respective counsel that the
4  date for status conference in this case be continued from Tuesday,
5  February 11, 2011 at 9:30 a.m. to **Tuesday, March 15, 2011 at 9:30 a.m.**

6  The parties further stipulate that all time included in this
7  continuance be excluded under the Speedy Trial Act, pursuant to 18
8  U.S.C. Section 3161(h)(8)(B)(ii)(Local Codes T2 and T4) through
9  March 15, 2011, on the ground that the case is unusual and complex
10 within the meaning of the Speedy Trial Act, for defense preparation,
11 and gathering of evidentiary material which may effect a possible plea
12 negotiation herein, all pursuant to 18 U.S.C. Section 3161(h)(8)(B)(ii)
13 and (iv)(Local Codes T2 and T4).

14

15  **Dated: February 10, 2011**

16

17  **/s/ *Mr. Michael D. Anderson, Esq.* (by RMH)**
    **Assistant United States Attorney**
18  **Counsel the United States**

19

20

21  **/s/ *Mr. Robert M. Holley, Esq.***
    **MR. ROBERT M. HOLLEY, Esq.**
22  **Counsel for Mr. Lavy**

23

24

25  **ORDER**

26

27  **GOOD CAUSE APPEARING**, the above calendaring change with respect to
28  the defendant's scheduled status conference, with the stipulated

2

provisions for exclusion of time under the Federal Speedy Trial Act **IS SO ORDERED.**

**Dated: February 10, 2011**

                                        **/s/ John A. Mendez**
                                        **THE HONORABLE JOHN A. MENDEZ**
                                        **United States District Judge**
                                        **for the Eastern District of California**