DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
WILLIAM LAVY

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAM LAVY,<br><br>    Defendants. | CR.S 10-00420 JAM<br><br>**DEFENDANT'S STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE;  AND ORDER** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Michael Anderson and defendant William Lavy, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, June 7, 2011 at 9:30 a.m., in the courtroom of the Honorable John A. Mendez.  The parties agree that the case may be set for further status conference on July 26, 2011, at 9:30 a.m. This stipulation has been reached because defense is still conducting investigation in this case and because the defendant is scheduled to have surgery on June 22, 2011.  The defense needs additional time to investigate the case and the defendant needs additional time to recovery from his surgery.

STIPULATION AND [PROPOSED] ORDER            - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1  The Government concurs with this request.

2  The parties further agree and stipulate that the time period from the filing of this stipulation until July 26, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  June 3, 2011                              /s/ David D. Fischer
                                                  DAVID D. FISCHER
                                                  Attorney for Defendant
                                                  WILLIAM LAVY

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated:  June 3, 2011                   By:        /s/ David D. Fischer for
                                                  MICHAEL ANDERSON
                                                  Assistant U.S. Attorney
                                                  Attorney for Plaintiff

## [PROPOSED] ORDER

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is July 26, 2011, at 9:30 a.m.  The date of June 7, 2011, at 9:30 a.m. is VACATED; and the above-captioned matter is set for further status conference on July 26, 2011, at 9:30 a.m.  The court finds excludable time in this matter through July 26, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

PDF created with pdfFactory trial version www.pdffactory.com

1  continuity of counsel and to allow reasonable time necessary for effective defense
2  preparation.  For the reasons stipulated by the parties, the Court finds that the interest of
3  justice served by granting the request outweigh the best interests of the public and the
4  defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv), Local Code T4.

IT IS SO ORDERED

Dated:  June 3, 2011

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER            - 3 -

PDF created with pdfFactory trial version www.pdffactory.com