DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
WILLIAM LAVY

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S 10-420 JAM |
| Plaintiff, | **DEFENDANT'S STIPULATION FOR CONTINUANCE OF STATUS CONFERENCE; AND ORDER** |
| v. | |
| WILLIAM LAVY, | |
| Defendants. | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Michael Anderson and defendant William Lavy, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for status conference, July 26, 2011 at 9:30 a.m., in the courtroom of the Honorable John A. Mendez.  The parties agree that the case may be set for further status conference on September 6, 2011, at 9:30 a.m. This stipulation has been reached because defense is still conducting investigation in this case and because the defendant is still recovering from surgery that took place on June 22, 2011.  The defense needs additional time to investigate the case and the defendant needs additional time to recover from his surgery.

STIPULATION AND [PROPOSED] ORDER         - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The Government concurs with this request.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 6, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  July 22, 2011                      /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           WILLIAM LAVY

                                           BENJAMIN B. WAGNER
                                           United States Attorney

Dated:  July 22, 2011          By:         /s/ David D. Fischer for
                                           MICHAEL ANDERSON
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

**ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the defendant's unopposed motion to continue the case date is granted; the new date for further status conference is September 6, 2011, at 9:30 a.m.  The date of July 26, 2011, at 9:30 a.m. is VACATED; and the above-captioned matter is set for further status conference on September 6, 2011, at 9:30 a.m.  The court finds excludable time in this matter through September 6, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

STIPULATION AND [PROPOSED] ORDER           - 2 -

PDF created with pdfFactory trial version www.pdffactory.com

1  T4, to allow continuity of counsel and to allow reasonable time necessary for
2  effective defense preparation.  For the reasons stipulated by the parties, the Court finds
3  that the interest of justice served by granting the request outweigh the best interests of the
4  public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv),
5  Local Code T4.

7  IT IS SO ORDERED

9  Dated:  7/25/2011                                    /s/  John  A.  Mendez  _____
10                                                     HON. JOHN A. MENDEZ
11                                                     United States District Court Judge

STIPULATION AND [PROPOSED] ORDER         - 3 -

PDF created with pdfFactory trial version www.pdffactory.com