1  DAVID D. FISCHER, SBN 224900
2  Attorney at Law
   1007 7th Street, Suite 100
3  Sacramento, CA 95814
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  E-Mail:      davefischer@yahoo.com

6
   Attorney for Defendant
7  WILLIAM LAVY

8

9        **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12  UNITED STATES OF AMERICA,          CR.S 10-00420 JAM

13                      Plaintiff,     **DEFENDANT'S STIPULATION FOR**
                                       **CONTINUANCE OF STATUS**
14        v.                           **CONFERENCE; AND ORDER**

15  WILLIAM LAVY,

16

17                      Defendants.

18

19                          **STIPULATION**

20        Plaintiff, United States of America, by and through its counsel, Michael

21  Anderson and defendant William Lavy, by and through his counsel, David D. Fischer,

22  agree and stipulate to vacate the date set for status conference, September 6, 2011 at

23  9:30 a.m., in the courtroom of the Honorable John A. Mendez.  The parties agree that

24  the case may be set for further status conference on October 11, 2011, at 9:30 a.m. This

25  stipulation has been reached because defense is still conducting investigation in this case

26  and because the defendant is still recovering from surgery that took place on June 22,

27  2011.

28        The Government concurs with this request.

STIPULATION AND [PROPOSED] ORDER          - 1 -

PDF created with pdfFactory trial version www.pdffactory.com

The parties further agree and stipulate that the time period from the filing of this stipulation until October 11, 2011, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated:  August 29, 2011                  /s/ David D. Fischer
                                         DAVID D. FISCHER
                                         Attorney for Defendant
                                         WILLIAM LAVY

                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  August 29, 2011          By:     /s/ David D. Fischer for
                                         MICHAEL ANDERSON
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## ORDER

For the reasons set forth in the accompanying stipulation of counsel, the case is scheduled for a further status conference on October 11, 2011, at 9:30 a.m.  The date of September 6, 2011, at 9:30 a.m. is VACATED; and the above-captioned matter is set for further status conference on October 11, 2011,  at 9:30 a.m.  The court finds excludable time in this matter through October 11, 2011, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court

PDF created with pdfFactory trial version www.pdffactory.com

1   finds that the interest of justice served by granting the request outweigh the best interests

2   of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A),

3   (h)(7)(B)(iv), Local Code T4.

4

5   IT IS SO ORDERED

6

7

    Dated:  8/31/2011

8                                                          /s/ John A. Mendez_____

9                                                          HON. JOHN A. MENDEZ
                                                           United States District Court Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER            - 3 -