BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-420 JAM |
|---|---|
| Plaintiff, | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | |
| WILLIAM LAVY, | |
| Defendant. | |

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against WILLIAM LAVY. A redacted copy of Mr. Lavy's Certificate of Death is attached as Exhibit A to this motion. I have spoken with David D. Fischer, counsel for Mr. Lavy, and he stated that he has no objection to this request.

Dated: December 12, 2012

BENJAMIN B. WAGNER
United States Attorney

 /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant United States Attorney

///

///

///

Motion and [Proposed] Order to Dismiss Indictment        1

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above captioned case be dismissed against defendant WILLIAM LAVY without prejudice in the interest of justice.

DATED: 12/13/2012 _____     /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Court Judge